IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-51177
_____

UNITED STATES OF AMERICA

                                        Plaintiff-Appellee

                    versus

ISMAEL HOLGUIN HERRERA

                                        Defendant-Appellant

- - - - -
Appeals from the United States District Court for the
           Western District of Texas
- - - - -

ON PETITION FOR REHEARING EN BANC
(Opinion April 17, 2002, 5 Cir., 2002, _____F.3d____)

(July 23, 2002)

Before KING, Chief Judge, JOLLY, HIGGINBOTHAM, DAVIS, JONES,
     SMITH, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS,
     BENAVIDES, STEWART, PARKER, DENNIS and CLEMENT, Circuit
     Judges.

BY THE COURT:

     A member of the Court in active service having requested
a poll on the petition for rehearing en banc and a majority of
the judges in active service having voted in favor of granting a
rehearing en banc,

     IT IS ORDERED that this cause shall be reheard by the
court en banc with oral argument on a date hereafter to be fixed.
The Clerk will specify a briefing schedule for the filing of
supplemental briefs.